IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGINA MENDEZ, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: (Removed from Circuit Court of Madison County which had case no.: CV-13-901951) |
| WALGREEN CO., | ) |
| Defendant. | ) |

## REMOVAL PETITION

COMES NOW, the Defendant, Walgreen Co., a corporation, incorrectly designated in the Complaint as Walgreen Co., Inc. (hereinafter referred to as either "Walgreens" or "Defendant") and files this its Petition for removal of this case from the Circuit Court of Madison County to the U.S. District Court for the Northern District of Alabama, Northern Division and shows unto the Court as follows:

1.  Plaintiff filed this action in the Circuit Court of Madison County on or about September 3, 2013. Defendant filed its Answer and Jury Demand on October 3, 2013. The original Complaint as filed contained no ad damum or no claim for any specific monetary amount from this Defendant and while at that time there existed complete diversity of citizenship between the one Plaintiff and the

one Defendant, there was no indication that the amount in controversy exceeded the sum of $75,000 exclusive of interest and costs.

The deposition of the Plaintiff was taken on June 5, 2014 and at that time it became apparent, based on the deposition testimony of the Plaintiff and representations by the attorney for the Plaintiff that the amount in controversy was in excess of $75,000. The Plaintiff has undergone four surgical procedures and claims to have incurred medical expenses in excess of $70,000.

The Plaintiff claims that on September 5, 2011, that she was caused to slip and fall at the Defendant's store and that the Defendant Walgreen Co. was guilty of negligence or wantonness which caused or contributed to cause her accident. A copy of the original Complaint, the Answer and all process and pleadings served on the Defendant and generated thereafter are attached hereto as Exhibit A.

2. Removal of this case is being done within 30 days from the date the case first became removable because of representations made by the Plaintiff and her attorney at the deposition taken on June 5, 2014.

3. This action is removable to this Court under 28 U.S.C. § 1441(a) because it is a civil action over which this Court has original diversity jurisdiction under the provisions of 28 U.S.C. § 1332.

4. There exists complete diversity of citizenship between the Plaintiff and the Defendant. The Plaintiff is a resident citizen of Madison County,

Alabama. The Defendant, Walgreen Co. is a corporation incorporated in the State of Delaware with its principal place of business located in the State of Illinois and as such is a citizen of a state other than the state of the Plaintiff's citizenship and the state where the action is presently pending.

5. The Complaint as originally filed claimed damages in the amount of $40,000 inclusive of compensatory damages, punitive damages and costs. While the Complaint has been amended as reflected in the attached documents, the Amended Complaint did not claim any specific monetary amount.

6. The Plaintiff has testified in deposition that her medical expenses are in excess of $70,000. The Plaintiff and her attorney claimed at deposition that because of the nature and extent of the injuries alleged by the Plaintiff that the claim exceeded the sum of $75,000 exclusive of interest and costs. It became obvious during the course of the deposition and conversations thereafter that the amount in controversy now exceeded the amount necessary to remove the case from the Circuit Court of Madison County to this Court.

7. Defendant Walgreen Co. denies that it was guilty of any negligence and/or wanton misconduct which would entitle the Plaintiff to an award of any damages, but it is evident that if the Plaintiff does prevail upon her claim and if the trier of fact is reasonably satisfied that all of her surgical procedures are related to the accident then any judgment would exceed the required jurisdictional amount

since Plaintiff claims medical expenses in excess of $70,000. Additionally, in determining the amount in controversy the Court must consider the claim for punitive damages "unless it is apparent to a legal certainty that such cannot be recovered." (*Holley Equipment Company v. Credit Alliance Corp.*, 821 F. 2d 1531 (11th Cir. 1987)). Defendant Walgreen Co. specifically denies that it was guilty of any conduct that would justify the imposition of punitive damages.

8. Written notice of filing of this Notice of Removal is being sent to the Plaintiff's attorney, being the only adverse party. A Notice of Removal is being filed with the Clerk of the Circuit Court of Madison County, Alabama as provided by 28 U.S.C. § 1446(d). A copy of all pleadings including service of process is attached hereto.

9. The undersigned has read this Removal Petition and to the best of the undersigned's knowledge, information and belief, formed after a reasonable inquiry, represents that it is well grounded in fact as well as warranted by existing law. The undersigned certifies this Removal Petition is not being interposed for any improper purpose, such as to cause unnecessary delay or needless increase in the cost of litigation. The Removal Petition is being filed within 30 days from the date of the Plaintiff's deposition where it became apparent to a legal certainty that the amount in controversy exceeded the sum of $75,000 exclusive of interest and costs.

Done this the 16th day of June, 2014.

_____
John W. Clark, Jr.
Attorney for Walgreen Co.

OF COUNSEL:

Clark, Hair & Smith, P.C.
1000 Urban Center Drive
Suite 125
Birmingham, Alabama  35242
205-397-2900
205-397-2901 – Fax
Email:  jclark@chslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of June, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing; and I hereby certify that any non e-filing participants to whom the foregoing is due will have a copy of same placed in the United States mail, first class postage prepaid and properly addressed this same day.

Michael E. Auffenorde, Esq.
Auffenorde & Auffenorde, P.C.
511 Madison Street
Huntsville, Alabama  35801
256-533-5383
256-533-4833 – Fax
Email:  aalaw@bellsouth.net

_____
Of Counsel